IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAMIAN GARCIA,

        Petitioner,

                              No. 1:17-cv-691-MCA-KRS

v.

TODD GEISEN, Captain/Warden Bureau
of Indian Affairs, Office of Justice Services,
Division of Corrections, ROBERT CORIZ,
Governor, Kewa Pueblo, ESQUIPULA TENORIO,
Lieutenant Governor, Kewa Pueblo, all in their
individual and official capacity, and DEAN OWEN,

        Respondents.

## ORDER SETTING TELEPHONIC CONFERENCE

**THIS MATTER** is before the Court *sua sponte* following a review of the record in the above-titled cause. The Court, being fully advised in the premises, **FINDS** and **CONCLUDES** that a telephonic status conference shall be held on **January 10, 2018,** on a trailing docket to begin at **9:00 a.m.**, for the purposes of considering Petitioner's custody pending the outcome of the instant proceeding as well as to discuss the current status of this case.

The parties shall call the Court's "meet-me" line at **(505) 348-2694** at **9:00 a.m.** to connect to the proceedings. The referenced conference telephone line can only accommodate up to five (5) telephone calls at once, including the call-in to the telephone conference by the Court. In the event the number of calls into the telephonic scheduling conference will exceed four (4) from counsel and parties, counsel or parties pro se must contact the Court immediately so that alternative arrangements can be made.

        **IT IS SO ORDERED.**

                                                _____
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE